United States District Court

For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DANIEL P. KLAHN SR.,

                Plaintiff,

  v.

QUIZMARK, LLC,

                Defendants.

_____/

No. C 13-1977 MMC

**ORDER DIRECTING PLAINTIFF TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED**

On April 30, 2013, plaintiff filed his complaint in the above-titled action.  On June 18, 2013, plaintiff was ordered to pay the $350 filing fee no later than July 2, 2013.  (See Order Denying Plaintiff's Application to Proceed In Forma Pauperis, filed June 18, 2013); 28 U.S.C. § 1914 (establishing $350 fee for filing civil action).[1]  On July 2, 2013, plaintiff made a partial payment of $200.  To date, the balance of the fee remains unpaid.

Accordingly, plaintiff is hereby ORDERED TO SHOW CAUSE, in writing and no later than July 26, 2013, why the above-titled action should not be dismissed for failure to comply with the Court's order.

**IT IS SO ORDERED.**

Dated: July 17, 2013

MAXINE M. CHESNEY
United States District Judge

_____

    [1] Effective May 1, 2013, the filing fee increased to $400.  See 28 U.S.C. § 1914, Judicial Conference Schedule of Fees.  As plaintiff filed his complaint on April 30, 2013, however, the increase is not applicable to the instant action.