IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL P. KLAHN SR., | No. C 13-1977 MMC |
| Plaintiff, | **ORDER DISCHARGING ORDER TO SHOW CAUSE** |
| v. | |
| QUIZMARK, LLC, | |
| Defendants. | |

The Court having read and considered plaintiff's "Reply for Cause," filed July 24, 2013, in response to the Court's Order to Show Cause (see Order, filed July 17, 2013), and the Clerk of Court having received in conjunction with said response the balance of the filing fee, said Order to Show Cause is hereby DISCHARGED.

**IT IS SO ORDERED.**

Dated: July 25, 2013

_____
MAXINE M. CHESNEY
United States District Judge