IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL P. KLAHN SR., | No. C 13-1977 MMC |
| Plaintiff, | **ORDER VACATING AUGUST 9, 2013 HEARING ON MOTION** |
| v. | |
| QUIZMARK, LLC, | |
| Defendant. | |

Before the Court is defendant's motion, filed June 26, 2013, to dismiss the above-titled action. Plaintiff has filed opposition,[1] to which defendant has replied. The Court deems the matter suitable for decision without oral argument, and hereby VACATES the hearing scheduled for August 9, 2013.

**IT IS SO ORDERED.**

Dated: August 5, 2013

MAXINE M. CHESNEY
United States District Judge

---

[1] Defendant objects to the opposition as untimely. The Court will address said objection at the time it issues its written order on the motion.