IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DANIEL P. KLAHN SR.,

        Plaintiff,

  v.

QUIZMARK, LLC,

        Defendant.
_____/

No. C 13-1977 MMC

**ORDER VACATING AUGUST 9, 2013 HEARING ON MOTION**

      Before the Court is defendant's motion, filed June 26, 2013, to dismiss the above-titled action. Plaintiff has filed opposition,[1] to which defendant has replied. The Court deems the matter suitable for decision without oral argument, and hereby VACATES the hearing scheduled for August 9, 2013.

      **IT IS SO ORDERED.**

Dated: August 5, 2013



MAXINE M. CHESNEY
United States District Judge

---

[1] Defendant objects to the opposition as untimely. The Court will address said objection at the time it issues its written order on the motion.