IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL P. KLAHN, SR., | No. C 13-1977 MMC |
| Plaintiff, | **ORDER DENYING PLAINTIFF'S MOTION TO VACATE FINAL JUDGMENT** |
| v. | |
| QUIZMARK, LLC, | |
| Defendant. | |

Before the Court is plaintiff's "Motion to Vacate and Set Aside Final Judgment," filed August 22, 2013. In his motion, plaintiff requests this Court "vacate and set aside the final judgment confirmed by United States District Court, County of Denver, Colorado issued on June 12, 2013." (See Mot. at 3.)

Having read and considered plaintiff's motion, the Court finds no further briefing is necessary, and hereby DENIES the motion. Specifically, the Court lacks jurisdiction to review a state court's decision. See Worldwide Church of God v. McNair, 805 F.2d 888, 890 (9th Cir. 1986) (holding federal district courts lack jurisdiction to review final determinations of a state court in judicial proceedings).[1]

**IT IS SO ORDERED**

Dated: August 28, 2013

MAXINE M. CHESNEY
United States District Judge

---

[1] In light of this ruling, the September 27, 2013 hearing is vacated.