IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DANIEL P. KLAHN, SR.,

        Plaintiff,

  v.

QUIZMARK, LLC.,

        Defendant.
                               /

No. CV- 13- 1977 MMC

**JUDGMENT IN A CIVIL CASE**

    **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED**

    Quizmark's motion to dismiss is hereby GRANTED, and plaintiff's complaint is hereby DISMISSED without leave to amend.

Dated: August 29, 2013                                   Richard W. Wieking, Clerk

                                                                By: Tracy Lucero
                                                                Deputy Clerk