**United States District Court**

For the Northern District of California

1

2

3

4

5

6       IN THE UNITED STATES DISTRICT COURT

7       FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9

DANIEL P. KLAHN, SR.,                          No. C 13-1977 MMC

10
                Plaintiff,               **ORDER DENYING PLAINTIFF'S**
11      v.                               **REQUEST TO FILE ELECTRONICALLY**

12   QUIZMARK, LLC,

13              Defendant.
                                              /
14

15      Before the Court is plaintiff's request, filed August 21, 2013, for permission to file

16   documents electronically.  As the Court has dismissed plaintiff's complaint with prejudice

17   (see Order, filed August 30, 2013), plaintiff's motion is hereby DENIED as moot.

18      **IT IS SO ORDERED**

19
     Dated:  August 29, 2013
20                                              MAXINE M. CHESNEY
                                                United States District Judge
21

22

23

24

25

26

27

28