1  C. Griffith Towle, State Bar No. 146401
   Simon R. Goodfellow, State Bar No. 246085
2  BARTKO, ZANKEL, BUNZEL & MILLER
   A Professional Law Corporation
3  One Embarcadero Center, Suite 800
   San Francisco, California  94111
4  Telephone:  (415) 956-1900
   Facsimile:  (415) 956-1152

5
   Attorneys for Defendant
6  QUIZMARK, LLC

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11

12  DANIEL P. KLAHN SR.,            )   No. C13-1977-MMC
                                    )
13            Plaintiff,            )   **[PROPOSED]** ORDER GRANTING
                                    )   **DEFENDANT QUIZMARK LLC'S**
14       v.                         )   **MOTION FOR ATTORNEY'S FEES** ;
                                    )    VACATING HEARING
15  QUIZMARK, LLC,                  )   ~~Date:~~        ~~October 25, 2013~~
                                    )   ~~Time:~~        ~~9:00 a.m.~~
16            Defendant.            )   ~~Courtroom:~~   ~~7, 19th Floor~~
                                    )   Judge:      Hon. Maxine M. Chesney
17                                  )               Senior District Judge
                                    )
18  _____)

19

20

21

22

23

24

25

26

27

28

1   The motion of defendant Quizmark LLC ("Quizmark") for an Order awarding its
2   attorneys' fees as against plaintiff Daniel P. Klahn, Sr. came on for hearing before this Court ~~on~~
3   and, no opposition having been filed, the hearing scheduled for October 25, 2013 is hereby VACATED.
4   ~~October 25, 2013 at 9:00 a.m. Plaintiff Daniel P. Klahn, Sr. appeared *in propria persona*. Simon~~
6   ~~R. Goodfellow appeared for Quizmark.~~ After consideration of the moving papers ~~briefs and arguments of~~
7   ~~counsel,~~ and all other matters presented to the Court, and good cause appearing therefor, IT IS
8   HEREBY ORDERED that defendant Quizmark LLC's motion is GRANTED.
9   Accordingly, defendant is HEREBY AWARDED its attorney's fees in the amount
10  of $12,234, comprising 26 hours at $295 per hour and 16.3 hours at $280 per hour, which, in
11  each instance, the Court finds to be a reasonable expenditure of hours and a reasonable hourly
12  rate given counsel's experience and the nature of the work performed.

IT IS SO ORDERED.

DATED:   October 23   , 2013

_____
MAXINE M. CHESNEY
SENIOR DISTRICT JUDGE

-1-

2397.004/745902.1     [PROPOSED] ORDER GRANTING DEFENDANT QUIZMARK LLC'S MOTION FOR ATTORNEY'S FEES / Case No. C13-1977-MMC