C. Griffith Towle, State Bar No. 146401
Simon R. Goodfellow, State Bar No. 246085
BARTKO, ZANKEL, BUNZEL & MILLER
A Professional Law Corporation
One Embarcadero Center, Suite 800
San Francisco, California  94111
Telephone:  (415) 956-1900
Facsimile:  (415) 956-1152

Attorneys for Defendant
QUIZMARK, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL P. KLAHN SR., <br><br> Plaintiff, <br><br> v. <br><br> QUIZMARK, LLC, <br><br> Defendant. | No. C13-1977-MMC <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT QUIZMARK LLC'S MOTION FOR ATTORNEY'S FEES** ; VACATING HEARING <br> ~~Date:        October 25, 2013~~ <br> ~~Time:        9:00 a.m.~~ <br> ~~Courtroom:   7, 19th Floor~~ <br> Judge:       Hon. Maxine M. Chesney <br>              Senior District Judge |

1   The motion of defendant Quizmark LLC ("Quizmark") for an Order awarding its
2 attorneys' fees as against plaintiff Daniel P. Klahn, Sr. came on for hearing before this Court ~~on~~
3 and, no opposition having been filed, the hearing scheduled for October 25, 2013 is hereby VACATED.
4 ~~October 25, 2013 at 9:00 a.m. Plaintiff Daniel P. Klahn, Sr. appeared *in propria persona*. Simon~~
5
6 ~~R. Goodfellow appeared for Quizmark.~~ After consideration of the ^moving papers ~~briefs and arguments of~~
7 ~~counsel,~~ and all other matters presented to the Court, and good cause appearing therefor, IT IS
8 HEREBY ORDERED that defendant Quizmark LLC's motion is GRANTED.
9   Accordingly, defendant is HEREBY AWARDED its attorney's fees in the amount
10 of $12,234, comprising 26 hours at $295 per hour and 16.3 hours at $280 per hour, which, in
11 each instance, the Court finds to be a reasonable expenditure of hours and a reasonable hourly
12 rate given counsel's experience and the nature of the work performed.
13
14 IT IS SO ORDERED.
15 DATED:  October 23  , 2013

_____
MAXINE M. CHESNEY
SENIOR DISTRICT JUDGE

-1-

2397.004/745902.1   [PROPOSED] ORDER GRANTING DEFENDANT QUIZMARK LLC'S MOTION FOR ATTORNEY'S FEES / Case No. C13-1977-MMC