IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL P. KLAHN, SR., | No. C 13-1977 MMC |
| Plaintiff, | **ORDER VACATING AWARD OF ATTORNEY'S FEES; DENYING MOTION FOR FEES WITHOUT PREJUDICE TO REFILING** |
| v. | |
| QUIZMARK, LLC, | |
| Defendant. / | |

    Defendant, by notice filed November 6, 2013, having informed the Court that plaintiff filed for Chapter 13 bankruptcy on September 18, 2013, the Court's Order of October 13, 2013, granting defendant's motion for attorney's fees is hereby VACATED, and said motion is hereby DENIED without prejudice to refiling after the bankruptcy proceedings are concluded or the automatic stay is lifted.

    **IT IS SO ORDERED.**

Dated: November 8, 2013

MAXINE M. CHESNEY
United States District Judge